IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEVEN MARTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TIER REIT, INC. et al.,<br><br>Defendants. | Case No. 1:19-cv-01292-RDB |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Steven Martin ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: July 1, 2019

Respectfully submitted,

**TYDINGS & ROSENBERG LLP**
*/s/ John B. Isbister*
John B. Isbister, Federal Bar No. 00639
Daniel S. Katz, Federal Bar No. 01148
One East Pratt Street
Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
FAX (410) 727-5460
Email: jisbister@tydingslaw.com
Email: dkatz@tydingslaw.com

*Counsel for Plaintiff*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on this 1st day of July 2019, true and correct copies of the foregoing Notice of

Voluntary Dismissal were served upon the following counsel via e-mail:

Morgan Mordecai
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
mmordecai@goodwinlaw.com

/s/ John B. Isbister
John B. Isbister, Federal Bar No. 00639

#3312072v.1